IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
E. St. LOUIS DIVISION

| | |
|---|---|
| HENRY DAVIS, DOUGLAS COLEMAN, AARON FILLMORE, JEROME JONES, DESHAWN GARDNER, and PERCELL DANSBERRY,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN BALDWIN,<br><br>    Defendant. | Case No. 3:16-cv-600-SCW<br>Honorable Stephen C. Williams |

**THE DEFENDANT'S MOTION TO DISMISS
OR, ALTERNATIVELY, TO SEVER THE COMPLAINT**

NOW COMES the Defendant, JOHN BALDWIN, the Director of the Illinois Department of Corrections, by and through his attorney, LISA MADIGAN, Attorney General for the State of Illinois, and pursuant to 12(b)(1) and 12(b)(6) hereby submits this Motion to Dismiss or, alternatively, to Sever the Complaint, stating as follows:

1. On June 2, 2016, Plaintiffs Henry Davis, Douglas Coleman, Aaron Fillmore, Jerome Jones, DeShawn Gardner, and Percell Dansberry filed a complaint pursuant to 42 U.S.C. § 1983, purporting to seek class-based declaratory and injunctive relief against a single defendant, John Baldwin, the Director of the Illinois Department of Corrections ("IDOC").

2. Plaintiffs allege that the Director, through the enactment and enforcement of policies and customs relating to the placement of offenders in disciplinary segregation ("segregation") and administrative detention, has violated Plaintiffs' rights under the Eighth and Fourteenth Amendments.

3. Director moves to dismiss Plaintiffs' complaint for several reasons. *First*, Plaintiffs fail to state a claim for violation of their constitutional rights under the Eighth and Fourteenth Amendments. *Second*, the Court is without subject-matter jurisdiction to grant the relief sought by

Offenders Coleman, Jones, and Dansberry because they do not allege they are currently confined in segregation or administrative detention. *Third*, the claims of Offenders Coleman, Fillmore, and Jones are barred by *res judicata* because their claims were previously dismissed with prejudice in *Coleman, et al. v. Taylor*, N.D. Ill. 2015-cv-5596. And *finally*, if the Court does not dismiss the complaint, the Court should sever Plaintiffs' claims into separate actions in accordance with Federal Rule of Civil Procedure 21.

4. Filed simultaneously and incorporated herein is a memorandum of law in support of the instant motion to dismiss.

WHEREFORE, for the above and foregoing reasons, the Defendant, JOHN BALDWIN, respectfully requests the honorable Court dismiss Plaintiffs' complaint.

          Respectfully submitted,

          JOHN BALDWIN, Director of
          Corrections for the State of Illinois,

            Defendant,

Adam J. Poe, #6301918           LISA MADIGAN, Attorney General for
Assistant Attorney General          the State of Illinois,
Office of the Attorney General
500 South Second Street            Attorney for the Defendant.
Springfield, Illinois 62701
Primary: apoe@atg.state.il.us

          By:    /s/ Adam J. Poe
              Adam J. Poe, #6301918
              Assistant Attorney General

## CERTIFICATE OF SERVICE
## No. 16-600

I hereby certify that on August 22, 2016, I electronically filed the foregoing Defendant's Motion to Dismiss or, Alternatively, to Sever the Complaint, with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following:

Alan Mills
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, IL.   60640
(773) 769-1411
At alanmills@comcast.net

Kimball Anderson
Winston & Strawn – Chicago
35 West Wacker Drive
Chicago, IL.   60601-9703
(312) 558-5858
At kanderson@winston.com

    s/ Adam J. Poe
    Adam J. Poe, #6301918
    Assistant Attorney General
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62701
    (217) 524-6880 Phone
    (217) 524-5091 Fax
    E-Mail: apoe@atg.state.il.us