IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS DIVISION

| | |
|---|---|
| HENRY DAVIS, DOUGLAS COLEMAN, AARON FILLMORE, JEROME JONES, DESHAWN GARDNER, and PERCELL DANSBERRY on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN BALDWIN, Acting Director of the Illinois Department of Corrections,<br><br>    Defendant. | Case No. 3:16-cv-0600-SCW<br><br>Hon. Stephen C. Williams |

**PLAINTIFFS' MOTION TO ENTER PLAINTIFFS' PROPOSED
DISCOVERY PLAN FOR ELECTRONICALLY STORED INFORMATION**

Plaintiffs Henry Davis, Douglas Coleman, Aaron Fillmore, Jerome Jones, DeShawn Gardner, and Percell Dansberry, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), respectfully request that the Court enter in Plaintiffs' proposed Discovery Plan for Electronically Stored Information ("ESI Plan"), sent to the Court's designated email and delivered on Defendant's counsel via email:

1. On November 8, 2016, Plaintiffs' counsel sent Defendant's counsel a draft ESI Plan based on the Seventh Circuit E-Discovery Pilot Program for Defendant's review and comments. At the November 18, 2016 scheduling conference the Court scheduled a December 16, 2016 deadline for both parties to meet to discuss the ESI plan with both parties' counsel, as detailed below in the Court's November 21, 2016 Order (Dkt. 42):

> Parties SHALL meet and confer regarding ESI protocol no later than 12/16/16. The meet and confer shall include representative litigation counsel along with ESI experts designated to address search issues for CMS and, if necessary, IDOC. Designated ESI expert from Plaintiff's counsel's firm (which may also be

>litigation counsel possessing such expertise) shall also participate. The parties shall submit the ESI protocol no later than 1/6/17.

Although Plaintiffs' counsel were available and willing to meet prior to the Court's deadline, Defendant's counsel requested another extension until December 20, 2016, which Plaintiffs agreed to. (Dkt. 46.) A joint stipulation was filed thereafter. (Dkt. 47.)

2. While the proper parties did meet on December 20, 2016, and the ESI Plan was generally discussed, Defendant has still not circulated comments or edits to the proposed ESI Plan, due to the Court by today.

3. Plaintiffs have offered to Defendant on December 28, December 30, January 4, January 5, and the morning of January 6 that they are willing to meet and confer to discuss any burdensome issues regarding the ESI Plan, but that any discussions would require specific questions and edits to the ESI Plan. Without input from the Defendant, Plaintiffs cannot proceed with discussing alternatives to collection and production methods.

4. Without an entered ESI Plan, Plaintiffs are further delayed from obtaining relevant discovery necessary to develop their case.

5. Defendant has had the proposed ESI Plan for nearly two months' time and has neglected to meaningfully participate in this process.

6. In order to comply with this Court's order, Plaintiffs submit a Proposed Order, which has been emailed to the Court's inbox. Plaintiffs request that Defendant must submit any proposed modifications within seven days, or the order will be entered as drafted by Plaintiffs.

7. Defendant's counsel and Plaintiffs' counsel met and conferred this afternoon regarding this instant motion. Defendant's counsel, Adam Poe, indicated that Defendant is intending to file a motion for an extension of time and therefore opposed this motion.

| | |
|---|---|
| Dated: January 6, 2017 | By: /s/ Kimball R. Anderson |
| Alan S. Mills<br>UPTOWN PEOPLE'S LAW CENTER<br>4413 North Sheridan Road<br>Chicago, Illinois 60640<br>Telephone: (773) 769-1411<br>Facsimile: (773) 769-2224<br>alan@uplcchicago.org | Kimball R. Anderson<br>Alyssa E. Ramirez<br>Joanna F. Cornwell<br>ARDC No. 6308794<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>kanderso@winston.com<br>aramirez@winston.com<br>jcornwell@winston.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that on this January 6, 2017, he caused a copy of the foregoing to be served via CM/ECF to all parties and counsel of record.


Dated: January 6, 2017 /s/ Kimball R. Anderson
One of Plaintiffs' Attorneys