IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY DAVIS, DOUGLAS COLEMAN, AARON FILLMORE, JEROME JONES, DESHAWN GARDNER, and PERCELL DANSBERRY, <br><br>  Plaintiffs, <br><br> vs. <br><br> JOHN BALDWIN, <br><br>  Defendant. | Case No. 3:16-cv-600-SCW <br> Honorable Stephen C. Williams |

## DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO ENTER PLAINTIFFS' PROPOSED DISCOVERY PLAN FOR ELECTRONICALLY STORED INFORMATION [Doc. 51]

NOW COMES Defendant JOHN BALDWIN, the Director of the Illinois Department of Corrections, by and through his attorney, LISA MADIGAN, Attorney General for the State of Illinois, and hereby opposes Plaintiffs' Motion to Enter Plaintiff's Proposed Discovery Plan for Electronically Stored Information, [Doc. 51], stating as follows:

1. On November 21, 2016, the Court entered an order directing the parties to submit a proposed ESI protocol no later than January 6, 2017. [Doc. 42.]

2. On January 6, 2017, Plaintiffs filed their Motion to Enter Plaintiffs' Proposed Discovery Plan for Electronically Stored Information. [Doc. 51.] That same day, the Defendant filed his Motion for Extension of Time to Comply with the Court's November 21, 2016 Order Concerning Proposed ESI Protocol. [Doc. 53.]

3. Plaintiffs request in their motion that the Court enter their proposed ESI order

within 7 days of filing if the Defendant has not submitted proposed modifications.

4. Defendant requests the Court deny Plaintiffs' motion. Several issues presented by Plaintiffs' proposed ESI protocol and their discovery requests have prevented Defendant from agreeing to Plaintiffs' protocol.

5. First, Defendant's counsel and counsel for several state agencies, including the Illinois Department of Innovation and Technology, have been working together to determine the State of Illinois' capabilities relating to the collection and production of ESI. Specifically, counsel has been working to determine whether Defendant can comply with Plaintiffs' proposed ESI protocol.

6. Defendant submits with this response, via the presiding judge's proposed document email inbox, his draft protocol that incorporates the State's capabilities to comply with the ESI protocol.

7. Second, Plaintiffs seek ESI for the period of January 1, 2006 to present, which is overly broad and unduly burdensome. Given the potential number of responsive documents, and because this matter seeks injunctive relief going forward based on the alleged current practices of the Defendant and IDOC, Plaintiffs' request is burdensome and not proportional to the needs of the case.

8. Third, Defendant may not be able to comply with Plaintiffs' request to produce electronically-stored information that is in TIFF format and is text-searchable. Defendant currently has no capability to convert emails or other ESI to TIFF format on a large scale basis. While Defendant will likely be able to produce much of its electronically-stored information in TIFF or PDF format (by converting each

document individually into PDF form), instances may exist where Defendant needs to produce electronically-stored information in a hard-copy format. Likewise, Defendant may not be able to produce all ESI in text searchable format. For example, handwritten documents that have been attached to emails may not be text-searchable.

9. Fourth, Plaintiffs' proposed ESI order provides that the Defendant is required to propose a list of search terms for Plaintiffs' discovery requests. Here, as Plaintiffs seek discovery from Defendant, it is more appropriate that Plaintiffs propose search terms to the Defendant, and then, the parties can meet and confer to finalize the proposed search terms.

10. Finally, Plaintiffs' proposed ESI protocol contains a significant amount of metadata fields and other collateral information that are not relevant to Plaintiffs' and the proposed class members' claims. This is not a case in which metadata revealing drafts of documents, or changes in documents will be relevant to plaintiffs' claims. Moreover, Defendant does not have the ability to produce emails, spreadsheets or memos in TIFF or PDF format that also contains metadata. In relation to emails, Defendant will be able to produce, as PDF documents, emails in Outlook memorandum format with Bates-stamping.

WHEREFORE, for the above and foregoing reasons, Defendant, JOHN BALDWIN, requests the Court deny Plaintiffs' Motion to Enter Plaintiff's Proposed Discovery Plan for Electronically Stored Information, [Doc. 51], and, instead, enter the Defendant's proposed ESI protocol.

Respectfully submitted,

JOHN BALDWIN, Director of Corrections for the State of Illinois,

Defendant,

Adam J. Poe, #6301918
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: 217-782-5819
Fax: 217-524-5091
Primary: APoe@atg.state.il.us
Secondary: gls@atg.state.il.us

LISA MADIGAN, Attorney General for the State of Illinois,

Attorney for the Defendant.

By: /s/ Adam J. Poe
Adam J. Poe, #6301918
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
E. St. LOUIS DIVISION

| | |
|---|---|
| HENRY DAVIS, DOUGLAS COLEMAN, AARON FILLMORE, JEROME JONES, DESHAWN GARDNER, and PERCELL DANSBERRY, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 3:16-cv-600-SCW ) Honorable Stephen C. Williams |
| JOHN BALDWIN, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2017, the foregoing document, *The Defendant's Objection to Plaintiff's Motion to Enter Plaintiff's Proposed Discovery Plan for Electronically Stored Information [Doc. 51]*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Alan Mills at alanmills@comcast.net
    Kimball Anderson at kanderso@winston.com
    Alyssa Ramirez at aramirez@winston.com
    Joanna Cornwell at jcornwell@winston.com

          /s/ Adam J. Poe
    Adam J. Poe, #6301918
    Assistant Attorney General
    Office of the Attorney General
    500 South Second Street
    Springfield, Illinois 62701
    Phone: 217-782-5819
    Fax: 217-524-5091
    Primary: APoe@atg.state.il.us
    Secondary: gls@atg.state.il.us