IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY DAVIS, *et al.*,<br> Plaintiffs, | )<br>)<br>)<br>) |
| vs. | )   Case No. 3:16-cv-600-MAB<br>) |
| ROB JEFFREYS,<br> Defendant. | )   Judge Mark A. Beatty<br>) |

**<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

Plaintiffs Henry Davis, Douglas Coleman, Aaron Fillmore, Jerome Jones, DeShawn Gardner, and Percell Dansberry hereby move for an order certifying the following class pursuant to Federal Rule of Civil Procedure 23:

> All prisoners who are now or will be incarcerated in adult correctional facilities by the Illinois Department of Corrections and thus who are at risk of being subjected to extreme isolation or who are currently subjected to extreme isolation.

This motion is based on upon this Motion for Class Certification, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and all of its attached declarations and exhibits, the pleadings and papers on file in this action, oral argument, and any such other matters as the Court may consider in hearing this motion.

Dated: September 6, 2019

Respectfully submitted,

By: /s/ Kimball R. Anderson

Kimball R. Anderson
Matthew R. DalSanto
Reid F. Smith
ARDC No. 6308794
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
kanderso@winston.com
mdalsanto@winston.com
rfsmith@winston.com

Alan S. Mills
Elizabeth Mazur
Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan Road
Chicago, Illinois 60640
Telephone: (773) 769-1411
Facsimile: (773) 769-2224

                                                alan@uplcchicago.org
                                                liz@uplcchicago.org
                                                nicole@uplcchicago.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that on this 6th day of September, 2019, he caused a copy of the foregoing PLAINTIFFS' MOTION FOR CLASS CERTIFICATION to be served by CM/ECF to all parties and counsel of record.

Dated: September 6, 2019            By: /s/ Kimball R. Anderson
                                        Attorney for Plaintiffs

                                        Kimball R. Anderson
                                        WINSTON & STRAWN LLP
                                        35 West Wacker Drive
                                        Chicago, Illinois 60601-9703
                                        Telephone: (312) 558-5600
                                        Facsimile: (312) 558-5700
                                        kanderso@winston.com