1  Matthew R. DalSanto
   MDalSanto@winston.com
2  WINSTON & STRAWN LLP
   35 W Wacker Dr.
3  Chicago, IL 60601
   Telephone: (312) 558-6211
4  Facsimile: (312) 558-5700

5

6

7

8

9       IN THE UNITED STATES DISTRICT COURT
10         FOR THE SOURTHERN DISTRICT OF ILLINOIS

11                                    Case No. 3:16-cv-600-MAB

12  HENRY DAVIS, et al.,
                                      **DECLARATION OF MATTHEW R.**
13  vs.                               **DALSANTO IN SUPPORT OF**
                                      **PLAINTIFFS' MOTION FOR CLASS**
14  ROB JEFFREYS.                     **CERTIFICATION**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Matthew R. DalSanto, declare and state as follows:

1. I am an attorney with Winston & Strawn LLP, attorneys for Plaintiffs Henry Davis, Douglas Coleman, Aaron Fillmore, Jerome Jones, DeShawn Gardner, and Percell Dansberry in the above-captioned litigation. I am a member of the bar of this Court, an attorney licensed in the State of Illinois, and a Ph.D. Applied Economist (University of Minnesota, Ph.D.).

2. I submit this declaration to summarize data produced by the Illinois Department of Corrections in this litigation pursuant to Rule 1006, Federal Rules of Evidence. Specifically, the data file "SegDiscipline.xlsx" produced on June 6, 2018 (hereafter "June 2018 Data"), the data file "DavisBaldwinRestrictiveHousing_datarequest.txt" produced on February 28, 2019 (hereafter "February 2019 Assignment Data"), and several individual data files[1] produced on February 28, 2019 (collectively "2018 SMI Data"). The June 2018 Data, February 2019 Assignment Data, and 2018 SMI Data are voluminous and contain in excess of ▮▮▮▮ records.

3. I reviewed the February 2019 Assignment Data and observed that of the ▮▮▮▮ prisoners who were assigned to disciplinary segregation, administrative detention, temporary confinement, or investigative status (hereafter "restrictive housing")[2] for one or more days between January 1, 2011 and December 31, 2018,

- ▮▮▮▮ prisoners were assigned to restrictive housing for 30 or more days between January 1, 2011 and December 31, 2018,

---

[1] Specifically, "Pontiac Crisis July17-Dec18.xlsx", "Dixon Crisis June17-Dec18.xlsx", "Dixon Crisis Oct18.xlsx", "Menard Crisis Jan18.xlsx", "Menard Crisis Feb18.xlsx", "Menard Crisis Mar18.xlsx", "Menard Crisis Apr18.xlsx", "Menard Crisis May18.xlsx", "Menard Crisis Jun18.xlsx", "Menard Crisis Jul18.xlsx", "Menard Crisis Aug18.xlsx", "Menard Crisis Sep18.xlsx", "Menard Crisis Oct18.xlsx", "Menard Crisis Nov18.xlsx", and "Menard Crisis Dec18.xlsx".

[2] A record was identified as related to "restrictive housing" if the "Assignment" field in the data contained one of the following text strings: [redacted].

DECLARATION OF MATTHEW R. DALSANTO IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CASE NO. 3:16-CV-600-MAB

- ▮ prisoners were assigned to restrictive housing for 60 or more days between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 90 or more days between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 120 or more days between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 180 or more days between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 270 or more days between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 365 or more days (i.e., 1 or more years) between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 730 or more days (i.e., 2 or more years) between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 1,095 or more days (i.e., 3 or more years) between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 1,461 or more days (i.e., 4 or more years) between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 1,826 or more days (i.e., 5 or more years) between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 2,191 or more days (i.e., 6 or more years) between January 1, 2011 and December 31, 2018,
- ▮ prisoners were assigned to restrictive housing for 2,556 or more days (i.e., 7 or more years) between January 1, 2011 and December 31, 2018, and
- ▮ prisoners were assigned to restrictive housing for 2,922 days (i.e., 8 years) between January 1, 2011 and December 31, 2018.

4. I observed in the February 2019 Assignment Data that of the ▓▓ prisoners who were assigned to restrictive housing for one or more days between January 1, 2015 and December 31, 2018,

- ▓▓ prisoners were assigned to restrictive housing for 30 or more days between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 60 or more days between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 90 or more days between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 120 or more days between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 180 or more days between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 270 or more days between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 365 or more days (i.e., 1 or more years) between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 730 or more days (i.e., 2 or more years) between January 1, 2015 and December 31, 2018,
- ▓▓ prisoners were assigned to restrictive housing for 1,095 or more days (i.e., 3 or more years) between January 1, 2015 and December 31, 2018, and
- ▓▓ prisoners were assigned to restrictive housing for 1,461 days (i.e., 4 years) between January 1, 2015 and December 31, 2018.

5. I observed in the February 2019 Assignment Data that of the ▓▓ prisoners who were assigned to restrictive housing for one or more days in 2015,

- ▓▓ prisoners were assigned to restrictive housing for 30 or more days in 2015,
- ▓▓ prisoners were assigned to restrictive housing for 60 or more days in 2015,
- ▓▓ prisoners were assigned to restrictive housing for 90 or more days in 2015,

- ▮ prisoners were assigned to restrictive housing for 120 or more days in 2015,
- ▮ prisoners were assigned to restrictive housing for 180 or more days in 2015,
- ▮ prisoners were assigned to restrictive housing for 270 or more days in 2015,

and

- ▮ prisoners were assigned to restrictive housing for 365 days in 2015.

I also observed that the average number of days prisoners, who were assigned to restrictive housing for one of more days in 2015, spent in restrictive housing in 2015 was ▮ days.

6. I observed in the February 2019 Assignment Data that of the ▮ prisoners who were assigned to restrictive housing for one or more days in 2016,

- ▮ prisoners were assigned to restrictive housing for 30 or more days in 2016,
- ▮ prisoners were assigned to restrictive housing for 60 or more days in 2016,
- ▮ prisoners were assigned to restrictive housing for 90 or more days in 2016,
- ▮ prisoners were assigned to restrictive housing for 120 or more days in 2016,
- ▮ prisoners were assigned to restrictive housing for 180 or more days in 2016,
- ▮ prisoners were assigned to restrictive housing for 270 or more days in 2016,

and

- ▮ prisoners were assigned to restrictive housing for 366 days in 2016.

I also observed that the average number of days prisoners, who were assigned to restrictive housing for one of more days in 2016, spent in restrictive housing in 2016 was ▮ days.

7. I observed in the February 2019 Assignment Data that of the ▮ prisoners who were assigned to restrictive housing for one or more days in 2017,

- ▮ prisoners were assigned to restrictive housing for 30 or more days in 2017,
- ▮ prisoners were assigned to restrictive housing for 60 or more days in 2017,
- ▮ prisoners were assigned to restrictive housing for 90 or more days in 2017,
- ▮ prisoners were assigned to restrictive housing for 120 or more days in 2017,
- ▮ prisoners were assigned to restrictive housing for 180 or more days in 2017,
- ▮ prisoners were assigned to restrictive housing for 270 or more days in 2017,

and

1. • ▇ prisoners were assigned to restrictive housing for 365 days in 2017.

I also observed that the average number of days prisoners, who were assigned to restrictive housing for one of more days in 2017, spent in restrictive housing in 2017 was ▇ days.

8. I observed in the February 2019 Assignment Data that of the ▇ prisoners who were assigned to restrictive housing for one or more days in 2018,

- • ▇ prisoners were assigned to restrictive housing for 30 or more days in 2018,
- • ▇ prisoners were assigned to restrictive housing for 60 or more days in 2018,
- • ▇ prisoners were assigned to restrictive housing for 90 or more days in 2018,
- • ▇ prisoners were assigned to restrictive housing for 120 or more days in 2018,
- • ▇ prisoners were assigned to restrictive housing for 180 or more days in 2018,
- • ▇ prisoners were assigned to restrictive housing for 270 or more days in 2018, and
- • ▇ prisoners were assigned to restrictive housing for 365 days in 2018.

I also observed that the average number of days prisoners who were assigned to restrictive housing for one of more days in 2018 spent in restrictive housing in 2018 was ▇ days.

9. I observed in the February 2019 Assignment Data that of the ▇ prisoners who were assigned to restrictive housing on December 31, 2018,

- • ▇ prisoners had been assigned to restrictive housing for 365 or more days (i.e., one or more years),
- • ▇ prisoners had been assigned to restrictive housing for 730 or more days (i.e., two or more years),
- • ▇ prisoners had been assigned to restrictive housing for 1,826 or more days (i.e., five or more years),
- • ▇ prisoners had been assigned to restrictive housing for 2,556 or more days (i.e., seven or more years),
- • ▇ prisoners had been assigned to restrictive housing for 3,652 or more days (i.e., ten or more years),

DECLARATION OF MATTHEW R. DALSANTO IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CASE NO. 3:16-CV-600-MAB

1	  • ▓ prisoners had been assigned to restrictive housing for 7,305 or more days (i.e.,
2	    twenty or more years).
3	I also observed in the February 2019 Assignment Data that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4	▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
5	    10.	I observed in the June 2018 Data that of the ▓▓ prisoners who were assigned to
6	restrictive housing on the day the June 2018 Data was prepared,
7	  • ▓ prisoners were assigned to disciplinary segregation,
8	  • ▓ prisoners were assigned to administrative detention,
9	  • ▓ prisoners were assigned to investigative status, and
10	  • ▓ prisoners were assigned to temporary confinement.
11	And of those ▓▓ prisoners who were assigned to disciplinary segregation, ▓▓ prisoners were
12	assigned to Pontiac Correctional Center.
13	    11.	I observed in the February 2019 Assignment Data and the 2018 SMI Data that of the
14	▓▓ prisoners who were categorized as seriously mentally ill at some point during 2018 at Dixon
15	Correctional Center, Pontiac Correctional Center, or Menard Correctional Center, ▓▓ prisoners
16	were assigned to restrictive housing for one or more days in 2018. Additionally, I observed that out
17	of these ▓▓ prisoners who were categorized as seriously mentally ill at some point during 2018 and
18	also assigned to restrictive housing for one or more days in 2018:
19	  • ▓ prisoners were in restrictive housing for 30 or more days in 2018.
20	  • ▓ prisoners were in restrictive housing for 60 or more days in 2018.
21	  • ▓ prisoners were in restrictive housing for 90 or more days in 2018.
22	  • ▓ prisoners were in restrictive housing for 180 or more days in 2018.
23	  • ▓ prisoners were in restrictive housing for 270 or more days in 2018.
24	  • ▓ prisoners were in restrictive housing for 365 days in 2018.
25	    12.	I have personal knowledge of the facts stated herein and, if called as a witness, I could
26	and would competently testify thereto.
27	    13.	I declare under penalty of perjury under the laws of the United States of America that
28	the foregoing is true and correct.

DECLARATION OF MATTHEW R. DALSANTO IN SUPPORT OF	CASE NO. 3:16-CV-600-MAB
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: September 6, 2019 | By: *M. DalSanto* |
| 4 | | Matthew R. DalSanto |