Matthew R. DalSanto
MDalSanto@winston.com
WINSTON & STRAWN LLP
35 W Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-6211
Facsimile: (312) 558-5700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOURTHERN DISTRICT OF ILLINOIS

HENRY DAVIS, *et al.*,

vs.

ROB JEFFREYS.

Case No. 3:16-cv-600-MAB

**DECLARATION OF MATTHEW R. DALSANTO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**FILED UNDER SEAL**

I, Matthew R. DalSanto, declare and state as follows:

1. I am an attorney with Winston & Strawn LLP, attorneys for Plaintiffs Henry Davis, Douglas Coleman, Aaron Fillmore, Jerome Jones, DeShawn Gardner, and Percell Dansberry in the above-captioned litigation. I am a member of the bar of this Court, an attorney licensed in the State of Illinois, and a Ph.D. Applied Economist (University of Minnesota, Ph.D.).

2. I submit this declaration to summarize data produced by the Illinois Department of Corrections in this litigation pursuant to Rule 1006, Federal Rules of Evidence. Specifically, the data file "SegDiscipline.xlsx" produced on June 6, 2018 (hereafter "June 2018 Data"), the data file "DavisBaldwinRestrictiveHousing_datarequest.txt" produced on February 28, 2019 (hereafter "February 2019 Assignment Data"), and several individual data files[1] produced on February 28, 2019 (collectively "2018 SMI Data"). The June 2018 Data, February 2019 Assignment Data, and 2018 SMI Data are voluminous and contain in excess of 2.2 million records.

3. I reviewed the February 2019 Assignment Data and observed that of the 58,424 prisoners who were assigned to disciplinary segregation, administrative detention, temporary confinement, or investigative status (hereafter "restrictive housing")[2] for one or more days between January 1, 2011 and December 31, 2018,

- 38,647 prisoners were assigned to restrictive housing for 30 or more days between January 1, 2011 and December 31, 2018,

---

[1] Specifically, "Pontiac Crisis July17-Dec18.xlsx", "Dixon Crisis June17-Dec18.xlsx", "Dixon Crisis Oct18.xlsx", "Menard Crisis Jan18.xlsx", "Menard Crisis Feb18.xlsx", "Menard Crisis Mar18.xlsx", "Menard Crisis Apr18.xlsx", "Menard Crisis May18.xlsx", "Menard Crisis Jun18.xlsx", "Menard Crisis Jul18.xlsx", "Menard Crisis Aug18.xlsx", "Menard Crisis Sep18.xlsx", "Menard Crisis Oct18.xlsx", "Menard Crisis Nov18.xlsx", and "Menard Crisis Dec18.xlsx".

[2] A record was identified as related to "restrictive housing" if the "Assignment" field in the data contained one of the following text strings: "ADMIN DETENTION , LEVEL 1", "ADMIN DETENTION , LEVEL 2", "ADMIN DETENTION , LOCKUP", "ADMIN DETENTION , PARTICIPANT", "ADMIN DETENTION ,LEVEL 1", "ADMIN DETENTION ,LEVEL 1A", "ADMIN DETENTION ,LEVEL 2", "ADMIN DETENTION ,LEVEL 3", "ADMIN DETENTION ,LOCKUP", "ADMIN DETENTION ,PARTICIPANT", "ADMIN DETENTION ,PHS 1", "ADMIN DETENTION ,PHS 2", "ADMIN DETENTION ,PHS 3", "DIAG. INVEST. STATUS ,LOCKUP", "DIAG. INVEST. STATUS ,PARTICIPANT", "DIAG. SEG. , LOCKUP", "DIAG. SEG. ,LOCKUP", "DIAG. TEMP. CONFINE , LOCKUP", "DIAG. TEMP. CONFINE ,LOCKUP", "DISCIPLINARY SEG. , LOCKUP", "DISCIPLINARY SEG. , LOCKUP-INDETERM", "DISCIPLINARY SEG. , PARTICIPANT", "DISCIPLINARY SEG. ,< 90 DAYS", "DISCIPLINARY SEG. ,> 90 DAYS", "DISCIPLINARY SEG. ,LEVEL 1", "DISCIPLINARY SEG. ,LOCKUP", "DISCIPLINARY SEG. ,LOCKUP-INDETERM", "TEMP CONFINEMENT , LOCKUP", "TEMP CONFINEMENT ,LOCKUP", "TEMP CONFINEMENT ,PARTICIPANT", "TEMP CONFINEMENT ,ROOM LOCKUP", "TEMP CONFINEMENT ,UNIT RESTRICTIO", "INVESTIGATIVE STATUS , LOCKUP", "INVESTIGATIVE STATUS ,LOCKUP", or "INVESTIGATIVE STATUS ,PARTICIPANT".

- 24,543 prisoners were assigned to restrictive housing for 60 or more days between January 1, 2011 and December 31, 2018,
- 19,028 prisoners were assigned to restrictive housing for 90 or more days between January 1, 2011 and December 31, 2018,
- 14,748 prisoners were assigned to restrictive housing for 120 or more days between January 1, 2011 and December 31, 2018,
- 10,874 prisoners were assigned to restrictive housing for 180 or more days between January 1, 2011 and December 31, 2018,
- 7,096 prisoners were assigned to restrictive housing for 270 or more days between January 1, 2011 and December 31, 2018,
- 5,502 prisoners were assigned to restrictive housing for 365 or more days (i.e., 1 or more years) between January 1, 2011 and December 31, 2018,
- 2,198 prisoners were assigned to restrictive housing for 730 or more days (i.e., 2 or more years) between January 1, 2011 and December 31, 2018,
- 1,307 prisoners were assigned to restrictive housing for 1,095 or more days (i.e., 3 or more years) between January 1, 2011 and December 31, 2018,
- 851 prisoners were assigned to restrictive housing for 1,461 or more days (i.e., 4 or more years) between January 1, 2011 and December 31, 2018,
- 568 prisoners were assigned to restrictive housing for 1,826 or more days (i.e., 5 or more years) between January 1, 2011 and December 31, 2018,
- 382 prisoners were assigned to restrictive housing for 2,191 or more days (i.e., 6 or more years) between January 1, 2011 and December 31, 2018,
- 258 prisoners were assigned to restrictive housing for 2,556 or more days (i.e., 7 or more years) between January 1, 2011 and December 31, 2018, and
- 161 prisoners were assigned to restrictive housing for 2,922 days (i.e., 8 years) between January 1, 2011 and December 31, 2018.

4. I observed in the February 2019 Assignment Data that of the 31,170 prisoners who were assigned to restrictive housing for one or more days between January 1, 2015 and December 31, 2018,

- 19,966 prisoners were assigned to restrictive housing for 30 or more days between January 1, 2015 and December 31, 2018,
- 11,891 prisoners were assigned to restrictive housing for 60 or more days between January 1, 2015 and December 31, 2018,
- 9,123 prisoners were assigned to restrictive housing for 90 or more days between January 1, 2015 and December 31, 2018,
- 6,947 prisoners were assigned to restrictive housing for 120 or more days between January 1, 2015 and December 31, 2018,
- 5,059 prisoners were assigned to restrictive housing for 180 or more days between January 1, 2015 and December 31, 2018,
- 3,244 prisoners were assigned to restrictive housing for 270 or more days between January 1, 2015 and December 31, 2018,
- 2,446 prisoners were assigned to restrictive housing for 365 or more days (i.e., 1 or more years) between January 1, 2015 and December 31, 2018,
- 999 prisoners were assigned to restrictive housing for 730 or more days (i.e., 2 or more years) between January 1, 2015 and December 31, 2018,
- 532 prisoners were assigned to restrictive housing for 1,095 or more days (i.e., 3 or more years) between January 1, 2015 and December 31, 2018, and
- 304 prisoners were assigned to restrictive housing for 1,461 days (i.e., 4 years) between January 1, 2015 and December 31, 2018.

5. I observed in the February 2019 Assignment Data that of the 15,294 prisoners who were assigned to restrictive housing for one or more days in 2015,

- 9,392 prisoners were assigned to restrictive housing for 30 or more days in 2015,
- 5,273 prisoners were assigned to restrictive housing for 60 or more days in 2015,
- 3,961 prisoners were assigned to restrictive housing for 90 or more days in 2015,

- 3,003 prisoners were assigned to restrictive housing for 120 or more days in 2015,
- 2,107 prisoners were assigned to restrictive housing for 180 or more days in 2015,
- 1,343 prisoners were assigned to restrictive housing for 270 or more days in 2015, and
- 796 prisoners were assigned to restrictive housing for 365 days in 2015.

I also observed that the average number of days prisoners, who were assigned to restrictive housing for one of more days in 2015, spent in restrictive housing in 2015 was 76.3 days.

6. I observed in the February 2019 Assignment Data that of the 13,231 prisoners who were assigned to restrictive housing for one or more days in 2016,

- 7,658 prisoners were assigned to restrictive housing for 30 or more days in 2016,
- 4,121 prisoners were assigned to restrictive housing for 60 or more days in 2016,
- 3,106 prisoners were assigned to restrictive housing for 90 or more days in 2016,
- 2,381 prisoners were assigned to restrictive housing for 120 or more days in 2016,
- 1,686 prisoners were assigned to restrictive housing for 180 or more days in 2016,
- 1,029 prisoners were assigned to restrictive housing for 270 or more days in 2016, and
- 675 prisoners were assigned to restrictive housing for 366 days in 2016.

I also observed that the average number of days prisoners, who were assigned to restrictive housing for one of more days in 2016, spent in restrictive housing in 2016 was 70.5 days.

7. I observed in the February 2019 Assignment Data that of the 12,201 prisoners who were assigned to restrictive housing for one or more days in 2017,

- 6,777 prisoners were assigned to restrictive housing for 30 or more days in 2017,
- 3,556 prisoners were assigned to restrictive housing for 60 or more days in 2017,
- 2,616 prisoners were assigned to restrictive housing for 90 or more days in 2017,
- 1,914 prisoners were assigned to restrictive housing for 120 or more days in 2017,
- 1,396 prisoners were assigned to restrictive housing for 180 or more days in 2017,
- 890 prisoners were assigned to restrictive housing for 270 or more days in 2017, and

- 607 prisoners were assigned to restrictive housing for 365 days in 2017.

I also observed that the average number of days prisoners, who were assigned to restrictive housing for one of more days in 2017, spent in restrictive housing in 2017 was 66.2 days.

8. I observed in the February 2019 Assignment Data that of the 9,136 prisoners who were assigned to restrictive housing for one or more days in 2018,

- 5,664 prisoners were assigned to restrictive housing for 30 or more days in 2018,
- 3,209 prisoners were assigned to restrictive housing for 60 or more days in 2018,
- 2,321 prisoners were assigned to restrictive housing for 90 or more days in 2018,
- 1,711 prisoners were assigned to restrictive housing for 120 or more days in 2018,
- 1,175 prisoners were assigned to restrictive housing for 180 or more days in 2018,
- 780 prisoners were assigned to restrictive housing for 270 or more days in 2018, and
- 529 prisoners were assigned to restrictive housing for 365 days in 2018.

I also observed that the average number of days prisoners who were assigned to restrictive housing for one of more days in 2018 spent in restrictive housing in 2018 was 75.6 days.

9. I observed in the February 2019 Assignment Data that of the 1,619 prisoners who were assigned to restrictive housing on December 31, 2018,

- 965 prisoners had been assigned to restrictive housing for 365 or more days (i.e., one or more years),
- 709 prisoners had been assigned to restrictive housing for 730 or more days (i.e., two or more years),
- 387 prisoners had been assigned to restrictive housing for 1,826 or more days (i.e., five or more years),
- 256 prisoners had been assigned to restrictive housing for 2,556 or more days (i.e., seven or more years),
- 78 prisoners had been assigned to restrictive housing for 3,652 or more days (i.e., ten or more years),

- 11 prisoners had been assigned to restrictive housing for 7,305 or more days (i.e., twenty or more years).

I also observed in the February 2019 Assignment Data that the earliest recorded date for Mr. Aaron Fillmore's assignment to restrictive housing was in 2010.

10. I observed in the June 2018 Data that of the 1,612 prisoners who were assigned to restrictive housing on the day the June 2018 Data was prepared,

- 1,390 prisoners were assigned to disciplinary segregation,
- 89 prisoners were assigned to administrative detention,
- 56 prisoners were assigned to investigative status, and
- 77 prisoners were assigned to temporary confinement.

And of those 1,390 prisoners who were assigned to disciplinary segregation, 375 prisoners were assigned to Pontiac Correctional Center.

11. I observed in the February 2019 Assignment Data and the 2018 SMI Data that of the 582 prisoners who were categorized as seriously mentally ill at some point during 2018 at Dixon Correctional Center, Pontiac Correctional Center, or Menard Correctional Center, 460 prisoners were assigned to restrictive housing for one or more days in 2018. Additionally, I observed that out of these 460 prisoners who were categorized as seriously mentally ill at some point during 2018 and also assigned to restrictive housing for one or more days in 2018:

- 410 prisoners were in restrictive housing for 30 or more days in 2018.
- 354 prisoners were in restrictive housing for 60 or more days in 2018.
- 306 prisoners were in restrictive housing for 90 or more days in 2018.
- 226 prisoners were in restrictive housing for 180 or more days in 2018.
- 169 prisoners were in restrictive housing for 270 or more days in 2018.
- 132 prisoners were in restrictive housing for 365 days in 2018.

12. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 6, 2019          By: *M. DalSanto*

                                  Matthew R. DalSanto