IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY DAVIS, *et al.*, <br>     Plaintiffs, <br><br> vs. <br><br> ROB JEFFREYS, <br>     Defendant. | ) <br> ) <br> )   Case No. 3:16-cv-600-MAB <br> ) <br> )   Judge Mark A. Beatty <br> ) <br> ) <br> ) <br> ) |

**INDEX OF EXHIBITS IN SUPPORT OF**
**MEMORANDUM OF LAW IN SUPPORT OF**
<u>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**</u>

1

Exhibit 1: Excerpts from the October 23, 2018 Deposition of Randy Scott Pfister (unsealed)

Exhibit 2: Excerpts from the October 18, 2018 Deposition of Gladyse C. Taylor (unsealed)

Exhibit 3: Declaration of Craig Haney, Ph.D., J.D. in Support of Plaintiffs' Motion for Class Certification (September 6, 2019) (sealed)

Exhibit 4: Expert Report of Eldon Vail (September 6, 2019) (sealed)

Exhibit 5: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮ (August 30, 2018) (0198765) (sealed)

Exhibit 6: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮ (April 5, 2017) (0325698) (sealed)

Exhibit 7: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮ (January 29, 2019) (0156324) (sealed)

Exhibit 8: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮ (November 14, 2011) (0316306) (sealed)

Exhibit 9: Psychological Evaluation ▮▮▮▮ at the Pontiac Correctional Center (February 24, 1995) (0277774) (sealed)

Exhibit 10: Mental Health Treatment Plan ▮▮▮▮ at Tamms Correctional Center (February 27, 2008) (0278396) (sealed)

Exhibit 11: Mental Health Segregation Rounds Form ▮▮▮▮ at the Pontiac Correctional Center (October 2015) (0316415) (sealed)

Exhibit 12: Mental Health Segregation Review ▮▮▮▮ at Tamms Correctional Center (September 21, 2012) (0316470) (sealed)

Exhibit 13: Mental Health Services Referral ▮▮▮▮ at the Lawrence Correctional Center (September 15, 2014) (0237000) (sealed)

Exhibit 14: Mental Health Progress Note ▮▮▮▮ at the Lawrence Correctional Center (January 3, 2019) (0237178) (sealed)

Exhibit 15: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮ (December 19, 2014) (0238190–95) (sealed)

Exhibit 16: Email chain from Mike Atchison to Echo Beekman and others re proposed segregation\grievance regulations (August 2016) (037851-52) (unsealed)

Exhibit 17: Email chain from Joseph Yurkovich to Kevin Verbie and others re Administrative Detention Reviews (May 12, 2014) (052472–74) (sealed)

Exhibit 18: Excerpts from the October 2, 2017 Deposition of James Austin, Ph.D. (unsealed)

Exhibit 19: Excerpts from the October 17, 2018 Deposition of John Baldwin (unsealed)

Exhibit 20: Excerpts from the October 22, 2018 Deposition of Mike Atchison (unsealed)

Exhibit 21: Excerpts from the October 12, 2018 Deposition of Sandra Funk (unsealed)

Exhibit 22: Excerpts from the June 26, 2018 Deposition of Henry Davis (unsealed)

Exhibit 23: Excerpts from the October 21, 2015 Deposition of Douglas Coleman (C*oleman, et al. v. Taylor*, 15-CV-5596) (unsealed)

Exhibit 24: Excerpts from the June 27, 2018 Deposition of Douglas Coleman (unsealed)

Exhibit 25: Excerpts from the October 8, 2015 Deposition of Aaron Fillmore (C*oleman, et al. v. Taylor*, 15-CV-5596) (unsealed)

Exhibit 26: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮▮▮▮▮ (June 14, 2018) (0162826) (sealed)

Exhibit 27: Excerpts from the October 28, 2015 Deposition of Douglas Coleman (C*oleman, et al. v. Taylor*, 15-CV-5596) (unsealed)

Exhibit 28: Excerpts from the June 27, 2018 Deposition of Percell Dansberry (unsealed)

Exhibit 29: Excerpts from the June 26, 2018 Deposition of DeShawn Gardner (unsealed)

Exhibit 30: Excerpts from the January 26, 2018 Deposition of Kilsey Shearrill (unsealed)

Exhibit 31: Excerpts from the June 26, 2018 Deposition of Aaron Fillmore (unsealed)

Exhibit 32: Excerpts from the July 5, 2018 Deposition of Jerome Jones (unsealed)

Exhibit 33: Mental Health Progress Note ▮▮▮▮▮▮▮▮ at the Pontiac Correctional Center (January 11, 2017) (0312281) (sealed)

Exhibit 34: Excerpts from the October 15, 2018 Deposition of Kimberly Butler (unsealed)

Exhibit 35: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮▮▮▮▮ (October 10, 2016) (0181049) (sealed)

Exhibit 36: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮▮ (August 25, 2016) (0181053) (sealed)

Exhibit 37: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮▮ (August 22, 2015) (0181250) (sealed)

Exhibit 38: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮▮ (July 27, 2015) (0181256) (sealed)

Exhibit 39: State of Illinois – Department of Corrections Adjustment Committee - Final Summary Report ▮▮▮▮▮ (August 8, 2017) (0161127) (sealed)

Exhibit 40: Letter from the Illinois Department of Corrections Administrative Review Board ▮▮▮▮▮ at the Lawrence Correctional Center (April 11, 2014) (000831) (sealed)

Exhibit 41: Qualifications of Counsel – Kimball Anderson and Alan Mills (unsealed)

Dated: September 10, 2019

Respectfully submitted,

By: /s/ Kimball R. Anderson
Kimball R. Anderson
Matthew R. DalSanto
Reid F. Smith
ARDC No. 6308794
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
kanderso@winston.com
mdalsanto@winston.com
rfsmith@winston.com

Alan S. Mills
Elizabeth Mazur
Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan Road
Chicago, Illinois 60640
Telephone: (773) 769-1411
Facsimile: (773) 769-2224
alan@uplcchicago.org
liz@uplcchicago.org
nicole@uplcchicago.org

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on this 10th day of September, 2019, he caused a copy of the foregoing INDEX OF EXHIBITS IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION to be served by CM/ECF to all parties and counsel of record.

Dated: September 10, 2019             By:   */s/ Kimball R. Anderson*
                                                Attorney for Plaintiffs

                                                Kimball R. Anderson
                                                WINSTON & STRAWN LLP
                                                35 West Wacker Drive
                                                Chicago, Illinois 60601-9703
                                                Telephone: (312) 558-5600
                                                Facsimile: (312) 558-5700
                                                kanderso@winston.com