**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **HENRY DAVIS, et al.,** | |
| **Plaintiffs,** | CIVIL NO. 3:16-CV-600-MAB |
| | |
| **vs.** | JUDGE: Hon. Mark A. Beatty |
| | |
| **ROB JEFFREYS**, | |
| **Defendant.** | |

**JOINT STATUS REPORT**

The parties provided this Court with a Status Report on June 17, 2022. ECF 272. A further update is provided below:

1.      **Defendant's Document Production**: As agreed by the parties, Defendant has continued its review of the additional set of approximately 86,000 ESI documents by reviewing 20,000 documents per month and producing responsive documents on a rolling basis. *See* ECF 269. As of the filing of this notice, Defendant has reviewed approximately 67,500 documents and has produced 12,347 responsive documents as a result of this review. Defendant anticipates completing its review and production by September 9, 2022.

2.      **Expert Tours of Prison Facilities**: As reported previously, Plaintiffs' counsel and experts intend to visit several IDOC facilities to tour restrictive housing units as well as non-restrictive housing units that house prisoners in general population. Plaintiffs' counsel intended to conduct these visits in July and agreed on a schedule with Defendant. However, COVID interfered and the tours could not move forward. Plaintiffs, Defendant, and IDOC will confer and attempt to re-schedule the tours for sometime in the early-Fall.

3.      **Assignment History Data**: Following a meet and confer, on May 13, 2022, Defendant submitted a new set of assignment history data to Plaintiffs. Plaintiffs recently informed Defendant that they have questions regarding the production, and the parties are working to confer.

4.      **Case Schedule**:  On June 17, 2022, the parties submitted their Proposed Scheduling and Discovery Order to the proposed order inbox. That Order has not yet been entered by the Court. The parties agree that the deadline in the operative Scheduling Order (ECF 253-1) for completion of fact discovery (September 9, 2022) is appropriate. Given delays in scheduling the expert tours of prison facilities and the fact that Defendant's production will not be complete for another few weeks, however, the parties agree that the deadlines for expert discovery will need to be modified. The parties have submitted to the proposed order inbox a revised Proposed Scheduling and Discovery Order and have filed a joint motion to enter the same.

2

DATED:      August 12, 2022

By:    *s/ Kimball R. Anderson*              By:    *s/ Laura K. Bautista* (with consent)
       Kimball R. Anderson                          Laura K. Bautista
       Matthew R. DalSanto                          Assistant Chief Deputy
       Reid F. Smith                                Attorney General
       WINSTON & STRAWN LLP                          Lisa A. Cook, Assistant
       35 W. Wacker Drive                           Attorney General
       Chicago, Illinois 60601-9703                 500 S. Second Street
       Telephone: (312) 558-5600                    Springfield, Illinois 62701
       Facsimile: (312) 558-5700                    Telephone: (217) 782-9014
       kanderso@winston.com                         Laura.bautista@ilag.gov
       mdalsanto@winston.com                        Lisa.cook@ilag.gov
       rfsmith@winston.com

                                                    *Attorneys for Defendant*
       Alan S. Mills
       Nicole Schult
       UPTOWN PEOPLE'S LAW CENTER
       4413 North Sheridan Road
       Chicago, Illinois 60640
       Telephone: (773) 769-1411
       Facsimile: (773) 769-2224
       alan@uplcchicago.org
       nicole@uplcchicago.org

       *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that on this 12th day of August, 2022, he caused a copy of the foregoing JOINT STATUS REPORT to be served by CM/ECF to all parties and counsel of record.

DATED:     August 12, 2022

By: *s/ Kimball R. Anderson*
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
kanderso@winston.com