## Anderson, Kimball

| | |
|---|---|
| **From:** | Nicole Schult <nicole@uplcchicago.org> |
| **Sent:** | Thursday, June 16, 2022 2:53 PM |
| **To:** | Cook, Lisa |
| **Cc:** | Bautista, Laura; Alan Mills; Smith, Reid; Anderson, Kimball; DalSanto, Matthew |
| **Subject:** | Re: [EXTERNAL] Davis - scheduling expert tours |

Lisa,

It's my understanding that attorneys will be present at the facility during the individual interviews Dr. Haney and Mr. Pacholke conduct with class members, but not in the same room participating in the actual interview.

We should have a partial list of interviewees ahead of time, but Dr. Haney or Mr. Pacholke may identify additional individuals with whom they'd like to speak in the course of the cell house tours. For the facilities at which we are spending two days, we can provide that list the day before, but, obviously, we couldn't do that for the 1 day facilities (Danville, Logan, Illinois River, Pinckneyville).

Nicole Schult
Pronouns: she/her/hers
Legal Director
Uptown People's Law Center



office phone: (773) 769-1411
direct line: (773) 250-0353
fax: (773) 769-2224
4413 N. Sheridan, Chicago, IL 60640
Website | Facebook | Twitter
nicole@uplcchicago.org

CONFIDENTIALITY NOTICE: This electronic message and all of its contents contain information from the law office of UPTOWN PEOPLE'S LAW CENTER which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copying, distribution or use of the contents of this message, or any portion thereof, is strictly prohibited. If you have received this electronic message in error, please notify us immediately at (773) 769-1411 and destroy the original message and all copies

On Thu, Jun 16, 2022 at 2:28 PM Cook, Lisa <Lisa.Cook@ilag.gov> wrote:

Nicole,

We will confer with IDOC and get back to you. Please remind me—are attorneys of record participating in the confidential interviews? Or just Dr. Haney? I want to ensure that any space needs are addressed if there are additional people in the room.

1

**Exh. A**

Do you expect you will have a list of interviewees ahead of time? I believe it helps with logistics and may be requested by IDOC, as it was last time.

**From:** Nicole Schult <nicole@uplcchicago.org>
**Sent:** Thursday, June 16, 2022 12:14 PM
**To:** Bautista, Laura <Laura.Bautista@ilag.gov>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; Alan Mills <alan@uplcchicago.org>; Smith, Reid F. <RFSmith@winston.com>; Anderson, Kimball R. <KAnderso@winston.com>; DalSanto, Matthew R. <MDalSanto@winston.com>
**Subject:** Re: [EXTERNAL] Davis - scheduling expert tours

Laura and Lisa,

Logistics for the Davis expert tours have been a bit complicated, but below is our proposed schedule:

July 5 - Danville CC (morning tour and cell front interviews, afternoon individual confidential interviews)

July 6 - Logan CC (morning tour and cell front interviews, afternoon individual confidential interviews)

July 7 - Illinois River CC (morning tour and cell front interviews, afternoon individual confidential interviews)

July 8 - Dixon CC (tour and cell front interviews)

July 9 - Dixon CC (individual interviews)

July 11 - Lawrence CC (tour and cell front interviews)

July 12 - Lawrence CC (individual confidential interviews)

July 13 - Menard CC (tour and cell front interviews)

July 14 - Menard CC (individual confidential interviews)

July 15 - Pinckneyville CC (morning tour and cell front interviews, afternoon individual confidential interviews)

Each day, we propose starting as soon as possible and we will ask to remain at the facility at least until 5:00. Please let me know as soon as possible if this schedule will work for IDOC.

Nicole Schult

Pronouns: she/her/hers

Legal Director

Uptown People's Law Center

office phone: (773) 769-1411

direct line: (773) 250-0353

fax: (773) 769-2224

4413 N. Sheridan, Chicago, IL 60640

Website | Facebook | Twitter
nicole@uplcchicago.org

CONFIDENTIALITY NOTICE: This electronic message and all of its contents contain information from the law office of UPTOWN PEOPLE'S LAW CENTER which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copying, distribution or use of the contents of this message, or any portion thereof, is strictly prohibited. If you have received this electronic message in error, please notify us immediately at (773) 769-1411 and destroy the original message and all copies

On Mon, May 23, 2022 at 8:58 AM Nicole Schult <nicole@uplcchicago.org> wrote:

Laura,

Thank you for the response. We will hopefully be able to get you a proposed tour schedule within the week.

Yes, anyone who is going on the tours will be able to provide proof of vaccination beforehand.

Nicole Schult

3

Pronouns: she/her/hers

Legal Director

Uptown People's Law Center

office phone: (773) 769-1411

direct line: (773) 250-0353

fax: (773) 769-2224

4413 N. Sheridan, Chicago, IL 60640

Website | Facebook | Twitter
nicole@uplcchicago.org

CONFIDENTIALITY NOTICE: This electronic message and all of its contents contain information from the law office of UPTOWN PEOPLE'S LAW CENTER which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copying, distribution or use of the contents of this message, or any portion thereof, is strictly prohibited. If you have received this electronic message in error, please notify us immediately at (773) 769-1411 and destroy the original message and all copies

On Fri, May 20, 2022 at 9:40 AM Bautista, Laura <Laura.Bautista@ilag.gov> wrote:

Nicole,

We checked with IDOC, and it's likely not feasible to have a facility tour on Saturday, July 9.

I assume your experts and whoever is accompanying them are vaccinated and able to provide proof of that prior to the tours?

Laura K. Bautista

4

Assistant Chief Deputy Attorney General

Illinois Attorney General's Office

500 S. Second Street

Springfield, IL 62701

Work Cell: 217-685-5564

Pronouns: she/her/hers

**From:** Nicole Schult <nicole@uplcchicago.org>
**Sent:** Thursday, May 19, 2022 4:21 PM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Bautista, Laura <Laura.Bautista@ilag.gov>; Alan Mills <alan@uplcchicago.org>; Smith, Reid F. <RFSmith@winston.com>; Anderson, Kimball R. <KAnderso@winston.com>; DalSanto, Matthew R. <MDalSanto@winston.com>
**Subject:** [EXTERNAL] Davis - scheduling expert tours

Lisa and Laura,

We have consulted with our experts and would like to move forward on scheduling the facility tours. We would like the tours to take place July 5 - 15. Ideally we'd like to be able to tour a facility on Saturday, July 9. Please advise if that will be possible.

We do not have a concrete schedule for which facilities we will want to tour, but once you confirm whether we can do a Saturday tour, we should be able to get you our proposed schedule shortly thereafter.

Let me know if a phone call would be helpful in discussing this matter.

Best,

Nicole Schult

Pronouns: she/her/hers

Legal Director

5

Uptown People's Law Center

office phone: (773) 769-1411

direct line: (773) 250-0353

fax: (773) 769-2224

4413 N. Sheridan, Chicago, IL 60640

Website | Facebook | Twitter
nicole@uplcchicago.org

CONFIDENTIALITY NOTICE: This electronic message and all of its contents contain information from the law office of UPTOWN PEOPLE'S LAW CENTER which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copying, distribution or use of the contents of this message, or any portion thereof, is strictly prohibited. If you have received this electronic message in error, please notify us immediately at (773) 769-1411 and destroy the original message and all copies