# Anderson, Kimball

| | |
|---|---|
| **From:** | Anderson, Kimball |
| **Sent:** | Monday, June 19, 2023 2:24 PM |
| **To:** | Cook, Lisa |
| **Cc:** | Bautista, Laura; Smith, Reid; Alan Mills; nicole@uplcchicago.org; DalSanto, Matthew; Anderson, Kimball |
| **Subject:** | Davis v. Jeffreys: -- Extremely Late and Large Document Production. |
| **Attachments:** | Davis v. Baldwin USDC-SD IL 16-600 0781782.jpg |

Dear Lisa,

Today we received your client's production of approximately 799 documents and 24,546 images. Fact discovery closed months ago per court order. It appears that your client is attempting to dump self-serving material on us well after the close of fact discovery and on the eve of Plaintiffs' expert report deadline (June 30, 2023). The materials appear responsive to Plaintiff's Rule 34 document requests propounded long ago. The materials also appear to be those that Defendant was required to disclose long ago pursuant to Rule 26. Emails (example attached hereto) included in your client's production today show that the Illinois AG's office did not ask IDOC for this material until June 5, 2023, which, to state the obvious, is long after the close of discovery and long after responses to Plaintiffs' Rule 34 requests were due.

Rule 37(c)1, Federal Rules of Civil Procedure, provides, in pertinent part: "If a party fails to provide information or identify a witness as required by Rule 26(a) or (c), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at trial, unless the failure was substantially justified or is harmless." This isn't harmless. What is your client's substantial justification for this extremely late and large document production?

**Kimball Anderson**
Winston & Strawn LLP
D: +1 312-558-5858
M: +1 312-350-9152
winston.com

**WINSTON &STRAWN** LLP

---

**From:** Cook, Lisa <Lisa.Cook@ilag.gov>
**Sent:** Monday, June 19, 2023 11:55 AM
**To:** Smith, Reid <RFSmith@winston.com>
**Cc:** DalSanto, Matthew <MDalSanto@winston.com>; Bautista, Laura <Laura.Bautista@ilag.gov>; Anderson, Kimball <KAnderso@winston.com>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>
**Subject:** RE: [EXTERNAL] RE: Davis v. Jeffreys: Updated Prisoner Assignment History

Here is the JND production information for the snapshot and other files we are sending:

> Production Volume:
> Production Bates Range: Davis v. Baldwin USDC-SD IL 16-600 0757368 - Davis v. Baldwin USDC-SD IL 16-600 0781913
> Production Document Count: 799 Documents
> Production Image Count: 24,546 Images

1



Exh. B

Production Native Count: 100

Production Zip File Password: Jh5#sdc4QA8_BMtD

Production FTP Link: https://ftp.jnd-ediscovery.com/public/file/Zf6adsYA9EWCw9BhDBBs4Q/2023.06.15_PROD001.zip

Production FTP Password: Nb7^S_3kwQaZxlkM


Thank you,

Lisa Cook